

# Fourth Court of Appeals
## San Antonio, Texas

October 15, 2014

No. 04-14-00100-CR

Edgar Javier **GONZALES**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 10-2321-CR
William Old, Judge Presiding

### O R D E R

Sitting:     Sandee Bryan Marion, Justice
             Marialyn Barnard, Justice
             Rebeca C. Martinez, Justice

Appellant is represented on appeal by Mr. Gregory Sherwood. Mr. Sherwood has filed an "Appellant's Motion for Access to Sealed Defendant's Exhibit 2 Which Was Referenced in Sealed Exhibit 9A of Reporter's Record, Without Requiring Counsel to Make a Second Trip to San Antonio." The motion is GRANTED.

The Clerk of this Court is hereby directed to unseal the exhibit for the purpose of providing a copy to Mr. Sherwood.

Mr. Sherwood is hereby ORDERED to not share the contents of the exhibit with any person except to the extent necessary to prepare appellant's brief.

If appellee desires to access "Defendant's Exhibit 2 Which Was Referenced in Sealed Exhibit 9A of Reporter's Record" at a later date, appellee must file a written request with this court.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of October, 2014.

_____
Keith E. Hottle
Clerk of Court